AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Strike 3 Holdings, LLC <br><br> *Plaintiff(s)* <br> v. <br> JOHN DOE infringer identified as using IP address 24.191.191.213 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CV 20-1022** <br><br> MAUSKOPF, CH.J. <br><br> BULSARA, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chad Plaines
50 Paerdgat 2ND ST, APT 2
Brooklyn, NY 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Atkin, Esq.
The Atkin Firm, LLC
400 Rella Boulevard, Suite 165
Suffern, NY 10901
Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: FEB 25 2020

*Signature of Clerk or Deputy Clerk*