UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Strike 3 Holdings, LLC

UNSEALING ORDER:

20-cv-01022 (RRM) (SJB)

                              Plaintiffs,
     -against-

John Doe

                              Defendant.
------------------------------------------------------------X

The Clerk of the Court is ordered to unseal this case and file it on the public docket.

Dated: Brooklyn, New York                               /s/ Sanket J. Bulsara
       June 4, 2020                                          United States Magistrate Judge