# AFFIDAVIT OF SERVICE



| COURT: United States District Court Eastern District Of New York | INDEX# 1 20 CV 01022 RRM SJB |
|---|---|
| | DATE PURCHASED: |

**PLAINTIFF/PETITIONER**
STRIKE 3 HOLDINGS, LLC

**DEFENDANT/RESPONDENT(S)**
JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 24.191.191.213

**DOCUMENTS**
SUMMONS AND COMPLAINT FOR COPYRIGHT INFRINGMENT, EXHIBITS

New York ss:

Melissa Bondi, the undersigned, being duly sworn, deposes and says:

On 06/08/2020 at 4:57 PM, deponent served the aforementioned documents on CHAD PLAINES at 50 PAERDGAT 2ND ST., APT. 2, BROOKLYN, NY 11236 in the manner indicated below:

**MANNER OF SERVICE**
Deponent made prior attempts to effect personal service upon the said at the aforementioned address to wit: 06/05/2020 at 7:41 PM, 06/06/2020 at 9:14 AM, 06/08/2020 at 4:57 PM. That personal service could not be made with due diligence upon the said and therefore deponent on 06/08/2020 at 4:57 PM at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said, CHAD PLAINES by affixing same to the door of, said residence, and on 06/10/2020 deponent completed service by depositing 1 copy(s) of the above described papers in a post paid, properly addressed envelope in an official repository under the exclusive care and custody of the United States Post Office in the State of New York addressed to the, CHAD PLAINES at the above address with the envelope marked PERSONAL AND CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the.

Service Comments:

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**

Sworn to and subscribed before me on
06/10/2020

Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2021

x _Melissa Bondi_
License# 2055105-DCA

GSS#: 20200605131447

[Notary Seal: ANGELIQUE MAMALAKIS, NOTARY, NO. 01MA6367740, QUALIFIED IN QUEENS COUNTY, COMM EXP 11-27-2021, STATE OF NEW YORK]

GUARANTEED SUBPOENA SERVICE, INC., License # 0994591, 2009 MORRIS AVENUE, UNION, NJ, 07083 - Tel: 908-687-0056 - Fax: 908-688-0885

THE ATKIN FIRM, LLC, 55 MADISON AVENUE, MORRISTOWN, NJ 07960